CHRIS D. KUHNER, ESQ. (Bar No. 173291)
KORNFIELD, NYBERG, BENDES & KUHNER, P.C.
1999 Harrison Street, Suite 2675
Oakland, California 94612
Telephone: (510) 763-1000
Facsimile: (510) 273-8669

Attorneys for Pacislatino Villages, LLC, Debtor

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>**Pacislatino Villages, LLC,**<br><br>Debtor. | Case No. 09-56552<br>Chapter 11<br><br>**APPLICATION FOR ORDER AUTHORIZING DEBTOR TO EMPLOY ATTORNEYS** |

The application of Pacislatino Villages, LLC (the "Debtor") represents:

1. On 8/7/09, the Debtor filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code (the "Code").

2. Since the time its Chapter 11 petition was filed, the Debtor has continued in possession of its property and is now operating its business and managing its property and estate as a debtor-in-possession at its location in 428 S. Main Street, Milpitas, California pursuant to §§1107 and 1108 of the Code. The Debtor is engaged in the business of owning and operating a shopping mall in Fremont, California.

3. Debtor wishes to employ the law firm of Kornfield, Nyberg, Bendes & Kuhner, P.C., all attorneys of which are duly admitted to practice in this Court.

4. Debtor has selected the law firm of Kornfield, Nyberg, Bendes & Kuhner, P.C. as its attorneys because the firm has had considerable experience in matters of this nature, and it believes that the firm is well qualified to represent it as debtor-in-possession in this proceeding. The professional services that the firm of Kornfield, Nyberg, Bendes & Kuhner, P.C. is to render to the Debtor include:

  a. To give Debtor legal advice with respect to its powers and duties as debtor-in-possession in the continued operation of its business and management of its property;

  b. To prepare on behalf of applicant, as debtor-in-possession, the necessary applications, answers, orders, reports and other legal papers;

  c. To perform all other legal services for debtor-in-possession which may be necessary in this proceeding.

5. It is necessary for Debtor, as debtor-in-possession, to employ an attorney to perform such professional services.

6. To the best of Debtor's knowledge, the law firm of Kornfield, Nyberg, Bendes & Kuhner, P.C. does not have any connection with the creditors or any other party in interest in this matter, or their respective attorneys or accountants, or the United States Trustee, or any person employed in the office of the United States Trustee, and represent no interest adverse to the estate in the matters upon which it is to be retained.

7. Debtor has conferred with, and now desires to retain and employ, the firm of Kornfield, Nyberg, Bendes & Kuhner, P.C., as its attorneys to perform all of the above-described services necessary and desirable in the administration of its estate. Kornfield, Nyberg, Bendes & Kuhner, P.C. requires a retainer of $ from the Debtor against which costs and services will be credited at the hourly rates set forth on the Hourly Rate Schedule attached hereto as Exhibit A. No additional fees will be taken

Application for Order Authorizing Debtor to Employ Attorneys   -2-   J:\Pacislatino Villages, LLC\App to Employ.frm
8/26/09 3:36 pm

Case: 09-56552   Doc# 14   Filed: 08/26/09   Entered: 08/26/09 16:01:37   Page 2 of 5

without further orders of court. A copy of the written fee agreement is attached hereto as Exhibit B. The source of the funds for the initial retainers in the amount of $5,000 and $25,000 were from the Debtor. The firm's billing rates are subject to change from time to time as circumstances warrant. Further, such arrangement is subject to possible changes under Bankruptcy Code §328(a). Compensation for services rendered and reimbursement for expenses incurred are to be paid as allowed by the court after notice and a hearing.

8. The law firm of Kornfield, Nyberg, Bendes & Kuhner, P.C. represents no interest adverse to Debtor as debtor-in-possession, or to the estate, in the matters upon which it is to be engaged, and its employment would be to the best interest of this estate.

**WHEREFORE**, Debtor prays that it be authorized to employ and appoint the law firm of Kornfield, Nyberg, Bendes & Kuhner, P.C., effective August 7, 2009, under a general retainer on the terms set forth herein to represent it as debtor-in-possession in this proceeding under Chapter 11 of the Bankruptcy Code and that it be granted such other and further relief as is just.

Dated: August 26, 2009

PACISLATINO VILLAGES, LLC

By: Thomas Nguyen /s/
THOMAS NGUYEN
Member

Application for Order Authorizing Debtor to Employ Attorneys   -3-   J:\Pacislatino Villages, LLC\App to Employ.frm
8/26/09 3:36 pm

Case: 09-56552   Doc# 14   Filed: 08/26/09   Entered: 08/26/09 16:01:37   Page 3 of 5

# EXHIBIT "A"

## KORNFIELD, NYBERG, BENDES & KUHNER, P.C.
## HOURLY RATE SCHEDULE - 2009

| Attorney Name | Atty. Code | Hourly Rate |
|---|---|---|
| Eric A. Nyberg | EAN | 350.00 |
| Charles N. Bendes | CNB | 350.00 |
| Chris Kuhner | CDK | 335.00 |
| *Paralegal/Miscellaneous* | Code | Hourly Rate |
| Nancy Nyberg (Bookkeeping & Accounting) | NN | 80.00 |
| Paralegal Assistant | -- | 40.00 |

Application for Order Authorizing Debtor to Employ Attorneys

# DECLARATION OF SERVICE

I, the undersigned, declare:

I am employed in the City of Oakland, County of Alameda, California. I am over the age of 18 years and not a party to this action. My business address is 1999 Harrison Street, Suite 2675, Oakland, California 94612.

I am readily familiar with the business practices of my employer, Kornfield, Nyberg, Bendes & Kuhner, for the collection and processing of correspondence for mailing with the United States Postal Service and that correspondence is deposited with the United States Postal Service that same day in the ordinary course of business.

On August 26, 2009, I served the following document(s):

**Application for Order Authorizing Debtor to Employ Attorneys**

**Declaration of Proposed Attorney In Support of Order Authorizing Debtor to Employ Attorneys**

**[Proposed] Order Authorizing Debtor to Employ Attorneys**

by placing copies of said document(s) in sealed envelope(s) and served in the manner or manners described below addressed as follows:

U. S. Trustee
280 S. First St., Suite 268
San Jose, CA 95113

I placed such envelope(s) for collection and mailing at my employer's office following ordinary business practices, addressed to the addressee(s) designated.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 26th day of August, 2009 at Oakland, California.

Jennifer Coogan /s/
Jennifer Coogan