CHRIS D. KUHNER, ESQ. (Bar No. 173291)
KORNFIELD, NYBERG, BENDES & KUHNER, P.C.
1999 Harrison Street, Suite 2675
Oakland, California 94612
Telephone: (510) 763-1000
Facsimile: (510) 273-8669

Attorneys for Pacislatino Villages, LLC, Debtor

# UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re** | **Case No. 09-56552** |
| **PACISLATINO VILLAGES, LLC,** | **Chapter 11** |
| Debtor. | **NOTICE OF MOTION FOR APPROVAL OF CASH COLLATERAL STIPULATION AND TO ALLOW CUSTODIAN TO REMAIN IN POSSESSION** |

**Date: October 7, 2009**
**Time: 10:30 a.m.**
**Place: 280 South First Street, San Jose, California 95113**

    **PLEASE TAKE NOTICE** that on October 7, 2009 at 10:30 a.m. in the Courtroom of the Honorable Roger L. Efremsky located at 280 South First Street, San Jose, California, Debtor Pacislantino Villages, LLC will move the Court for approval of Cash Collateral Stipulation and to allow custodian to remain in possession.

    The motion is based on this notice, the motion, and the declaration of Thomas Nguyen filed in support thereof.

Dated: September 15, 2009                    Kornfield, Nyberg, Bendes & Kuhner P.C.


                                             Chris D. Kuhner /s/_____
                                             Chris D. Kuhner
                                             (Bar No. 173291)

Kornfield, Nyberg, Bendes & Kuhner, P.C.
1999 Harrison Street, Suite 2675
Oakland, California 94612
(510) 763-1000
FAX: (510) 273-8669