CHRIS D. KUHNER, ESQ. (Bar No. 173291)
KORNFIELD, NYBERG, BENDES & KUHNER, P.C.
1999 Harrison Street, Suite 2675
Oakland, California 94612
Telephone: (510) 763-1000
Facsimile: (510) 273-8669

Attorneys for Pacislatino Villages, LLC, Debtor

# UNITED STATES BANKRUPTCY COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re**<br><br>**PACISLATINO VILLAGES, LLC,**<br><br>                              **Debtor.** | **Case No. 09-56552**<br><br>**Chapter 11**<br><br>**DECLARATION OF THOMAS NGUYEN IN SUPPORT OF MOTION FOR APPROVAL OF CASH COLLATERAL STIPULATION AND TO ALLOW CUSTODIAN TO REMAIN IN POSSESSION**<br><br>**Date: October 7, 2009**<br>**Time: 10:30 a.m.**<br>**Place: 280 South First Street, San Jose, California 95113** |

I, Thomas Nguyen, declare as follows:

    1. I am the Managing Member of Pacislatino Villages, LLC (the "Debtor"), and the Debtor-In-Possession in the above-referenced Chapter 11 bankruptcy case.

    2. I know the following of my own personal knowledge and could and would testify competently thereto if called upon to do so.

    3. The Debtor submits the motion ("Motion") for an order approving an agreement between the Debtor and JP Morgan Chase Bank, N.A. ("CHASE") entitled Stipulation Regarding Cash Collateral And Adequate Protection And To Allow Custodian To Remain In Possession (Cash Collateral Stipulation") authorizing the Debtor to use CHASE's cash collateral in

Kornfield, Nyberg, Bendes & Kuhner, P.C.
1999 Harrison Street, Suite 2675
Oakland, California 94612
(510) 763-1000
FAX: (510) 273-8669

1  accordance with the terms and conditions set forth therein. The Debtor has obtained consent from CHASE to use the cash collateral on an interim basis pending entry of a final order at which time the Debtor shall seek authority to use cash collateral through the expiration date agreed to by the parties, or pursuant to Court order. The stipulation also provides that the Debtor grant a replacement lien and other forms of adequate protection as set forth below in the Cash Collateral Stipulation, a copy of which is attached as Exhibit A to the Motion filed herewith.

4. The Debtor requires access to cash in which CHASE's asserts a security interest in order to maintain its operations and avoid irreparable harm to the estate. The proposed time frame for the use of the cash collateral is from the petition date through November 7, 2009. This cash collateral consists primarily of rents paid to the Debtor by its tenants at its shopping mall located at 40460/40480/40500 Albrae Street, Fremont, California, commonly known as Pacislatino Villages.

5. As adequate protection for the Debtor's use of cash collateral, <u>solely</u> to the extent that there is any diminution in the value of the CHASE's pre-petition collateral, the Debtor proposes to grant a replacement lien in favor of the CHASE in the Debtor's assets, namely its post-petition assets, (subject to certain professional fee carve-outs for professionals and trustee fees and excluding avoidance actions and those other assets that are not capable of being encumbered or have already been pledged to third parties). In exchange for the use of cash collateral, the Debtor is not authorizing any releases, is not providing any waivers of claims under Bankruptcy Code §506(c), and is not granting automatic relief from the stay upon default. Accordingly, the Debtor's agreement with CHASE will comply with the Court's Guidelines for Cash Collateral and Financing Stipulations (the "Guidelines").

6. On February 4, 2009, Mary Hoopes was appointed as a receiver by the Superior Court of Alameda. The Debtor and CHASE wish to keep Ms. Hoopes in place as a receiver/custodian pursuant to the terms of the Order.

1 | I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed this 15th day of September, 2009 at Milpitas, California.

.

By: Thomas Nguyen /s/
Thomas Nguyen

Kornfield, Nyberg, Bendes & Kuhner, P.C.
1999 Harrison Street, Suite 2675
Oakland, California 94612
(510) 763-1000
FAX: (510) 273-8669