CHRIS D. KUHNER, ESQ. (Bar No. 173291)
KORNFIELD, NYBERG, BENDES & KUHNER, P.C.
1999 Harrison Street, Suite 2675
Oakland, California 94612
Telephone: (510) 763-1000
Facsimile: (510) 273-8669

Attorneys for PACISLATINO VILLAGES, LLC, Debtor

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re**<br>**PACISLATINO VILLAGES, LLC,**<br>        **Debtor.** | **Case No. 09-56552**<br>**Chapter 11**<br><br>**APPLICATION OF DEBTOR FOR ORDER AUTHORIZING EMPLOYMENT OF REAL ESTATE BROKER** |

    The application of PACISLATINO VILLAGES, LLC, Debtor in the above-referenced Chapter 11 bankruptcy ("Debtor"), respectfully represents:

    1.  An Order for relief was entered herein under Chapter 11 of Title 11 U.S.C. on August 7, 2009.

    2.  Among the assets in this case is the Debtor's interest in a shopping mall located at 40500 Albrae Street, Fremont, California, commonly referred to as Pacislatino Villages, LLC ("Shopping Mall").

    3.  In order to market the Shopping Mall more effectively, your applicant has solicited the assistance of Rene Brochier of Colliers Parrish International, Inc. dba Colliers International, a licensed real estate broker, who has, on your applicant's behalf, examined the Shopping Mall and has agreed to

Application of Debtor for Order Authorizing Employment of Real Estate Broker

1 advertise the property at the broker's expense to show the property to interested tenants, to represent the estate as a landlord in connection with my lease, and to advise your applicant with respect to obtaining the highest and best offers available in the present market.

4. Based upon the foregoing agreement, your applicant desires to employ Rene Brochier of Colliers Parrish International, Inc. dba Colliers International to procure and submit to your applicant offers to purchase the property. In consideration for such services, the broker will receive, upon consummation of any sale, a real estate broker's commission in an amount set forth in paragraphs D.1. and D.2. of the listing agreement attached as Exhibit "A" to the declaration of Rene Brochier:

5. The real estate broker whom applicant proposes to employ is informed and understands that no lease may be consummated without bankruptcy court approval after notice and a hearing.

6. Your applicant is informed and believes and thereon alleges the employment of the real estate broker on the terms and conditions provided for herein, is in the best interest of the estate.

7. Your applicant is satisfied from the Declaration of Rene Brochier that the real estate broker is a disinterested person with the meaning of 11 U.S.C. §101(14).

8. The real estate broker is aware of the provisions of 11 U.S.C. §328(a) and has agreed, notwithstanding the terms and conditions of employment herein set forth, that the court may award compensation different from the compensation provided for herein if circumstances so require.

9. To the best of applicant's knowledge, except as described above, the members and associates of the firm of Colliers Parrish International, Inc. dba Colliers International do not have any connection with Debtor, its creditors or any other party in interest, or their respective attorneys or

Kornfield, Nyberg, Bendes & Kuhner P.C.
1999 Harrison Street, Suite 2675
Oakland, California 94612-3525
(510) 763-1000
FAX (510) 273-8669

Application of Debtor for Order Authorizing Employment of Real Estate Broker -2- J:\Pacislatino Villages, LLC\Pleadings\Employ Broker.frm 9/30/09 2:38 pm

Case: 09-56552    Doc# 26    Filed: 09/30/09    Entered: 09/30/09 14:50:14    Page 2 of 4

accountants, or the United States Trustee or any person employed by the office of the United States Trustee, and represent no interest adverse to the estate in matters upon which it is to be retained.

**WHEREFORE**, your applicant requests entry of an order authorizing Debtor to employ and retain Rene Brochier of Colliers Parrish International, Inc. dba Colliers International pursuant to the terms and conditions recited above.

Dated: September 30, 2009

Thomas Nguyen /s/
PACISLATINO VILLAGES, LLC
Debtor

Kornfield, Nyberg, Bendes & Kuhner P.C.
1999 Harrison Street, Suite 2675
Oakland, California 94612-3525
(510) 763-1000
FAX (510) 273-8669

Application of Debtor for Order Authorizing Employment of Real Estate Broker -3- J:\Pacislatino Villages, LLC\Pleadings\Employ Broker.frm 9/30/09 2:38 pm

Case: 09-56552  Doc# 26  Filed: 09/30/09  Entered: 09/30/09 14:50:14  Page 3 of 4

# DECLARATION OF SERVICE

I, the undersigned, declare:

I am employed in the City of Oakland, County of Alameda, California. I am over the age of 18 years and not a party to this action. My business address is 1999 Harrison Street, Suite 2675, Oakland, California 94612.

I am readily familiar with the business practices of my employer, Kornfield, Nyberg, Bendes & Kuhner, for the collection and processing of correspondence for mailing with the United States Postal Service and that correspondence is deposited with the United States Postal Service that same day in the ordinary course of business.

On September 30, 2009, I served the following document(s):

**Application of Debtor for Order Authorizing Employment of Real Estate Broker**

**Declaration of Rene Brochier in Support of Application for Order Authorizing Employment of Real Estate Broker**

**[Proposed] Order Authorizing Employment of Real Estate Broker**

by placing copies of said document(s) in sealed envelope(s) and served in the manner or manners described below addressed as follows:

U. S. Trustee
280 S. First St., Suite 26
San Jose, CA 95113

I placed such envelope(s) for collection and mailing at my employer's office following ordinary business practices, addressed to the addressee(s) designated.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 30th day of September, 2009 at Oakland, California.

Gail A. Michael /s/