Entered on Docket
October 30, 2009
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

The following constitutes
the order of the court. Signed October 29, 2009

_____
Roger L. Efremsky
U.S. Bankruptcy Judge

CHRIS D. KUHNER, ESQ.
(Bar No. 173291)
KORNFIELD, NYBERG,
BENDES & KUHNER, P.C.
1999 Harrison Street, Suite 2675
Oakland, California 94612
Telephone: (510) 763-1000
Facsimile: (510) 273-8669

Attorneys for Pacislatino Villages, LLC,
Debtor

# UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>**PACISLATINO VILLAGES, LLC,**<br><br>　　　　　　　　　　Debtor. | Case No. 09-56552<br><br>Chapter 11<br><br>**ORDER GRANTING MOTION FOR APPROVAL OF CASH COLLATERAL STIPULATION AND TO ALLOW CUSTODIAN TO REMAIN IN POSSESSION**<br><br>Date: October 7, 2009<br>Time: 10:30 a.m.<br>Place: 280 South First Street, San Jose, California 95113 |

　　　　The Motion for Approval of Cash Collateral Stipulation and to Allow Custodian to Remain in Possession ("Motion") filed by Pacislatino Villages, LLC, the Debtor and Debtor-in- Possession in the above-referenced Chapter 11 bankruptcy case ("Debtor") came on for a hearing on October 7, 2009 at 10:30 a.m. in the Courtroom of the Honorable Roger L. Efremsky. Chris D. Kuhner of Kornfield, Nyberg, Bendes & Kuhner, P.C. appeared on behalf of the Debtor. Bruce Cornelius of Belzer, Hulchiy & Murray appeared on behalf of JP Morgan Chase Bank, N.A. ("Chase"). John Wesolowski appeared on behalf of the United States Trustee.

　　　　The court having considered the Motion, the Objection to the Motion for Approval of Cash Collateral Stipulation and to Allow Custodian to Remain in Possession filed by the United States Trustee ("Objection"), arguments made at the hearing and good cause appearing therefor:

**IT IS HEREBY ORDERED** that the Motion is granted with the following provisions:

1. There shall be a $50,000 "carve out" in the replacement lien and any superpriority claim being granted to Chase pursuant to the Stipulation regarding Cash Collateral, Adequate Protection, and to Allow Custodian to Remain in Possession ("Stipulation"), which is attached as Exhibit A to the Motion, to pay any Chapter 11 or 7 Trustee and professionals.

2. Mary Hoopes shall remain as custodian/receiver pursuant to the terms of the Stipulation. However, the provision of the Stipulation that provides that Ms. Hoopes be paid a commission of two percent (2%) of any gross income from new leases entered into after the petition date is not approved. Any commission to be paid to Ms. Hoopes must be subject to a separate application to employ and an application to be compensated;

3. The notice period to file a motion to enforce the terms of the Stipulation or for relief from the automatic stay shall be seven (7) days; and

4. The budget will provide that the U.S. Trustee's quarterly fees be paid pursuant to 28 U.S.C. § 1930 and the Debtor shall pay those in a timely manner.

**IT IS FURTHER ORDERED** that the provisions set forth above shall be incorporated to the Stipulation without the need of the parties to execute an amendment or supplement to the Stipulation.

Approved as to form:

Bruce Cornelius /s/\_\_\_\_\_
Bruce Cornelius
Attorney for JP Morgan Chase Bank, N.A.

John Wesolowski /s/\_\_\_\_
John Wesolowski
Attorney for the United States Trustee

***END OF ORDER***

COURT SERVICE LIST

Chris D. Kuhner
1999 Harrison St., Ste. 2675
Oakland, CA 94612

Bruce Cornelius
3650 Mt. Diablo Blvd., Ste. 130
Lafayette, CA 94549