| | |
|---|---|
| 1<br>2<br>3<br>4 | Bruce Cornelius, of counsel - Bar #065525<br>Michael Mandell - Bar #209486<br>**BELZER, HULCHIY & MURRAY**<br>3650 Mt. Diablo Boulevard, Suite 130<br>Lafayette, California 94549<br>Telephone: 925-283-9977<br>Facsimile: 925-283-5192 |
| 5<br>6 | Attorneys for Movant / Secured Creditor<br>JPMorgan Chase Bank, N.A. |

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | | |
|---|---|---|
| 11 | In re: | **Bk No. 09-56552 RLE** |
| 12 | Pacislatino Villages, LLC, | R.S. No. MDM-003 |
| 13 | Debtor, | **Chapter 11** |
| 14 | | |
| 15<br>16<br>17<br>18 | JPMorgan Chase Bank, N.A., as purchaser of loan no. 625030431, and certain other assets of Washington Mutual Bank, formerly known as Washington Mutual Bank, FA, from Federal Deposit Insurance Corporation acting as receiver, | Date: 12/16/09<br>Time: 10:30 a.m.<br>Courtroom: 3099 |
| 19<br>20 | Movant,<br>v. | |
| 21 | Pacislatino Villages, LLC, | |
| 22 | Respondent. | |

EXHIBIT D TO MOTION FOR RELIEF FROM STAY

DATE: 12/16/09
TIME: 10:30 AM
COURTROOM 3099
UNITED STATES BANKRUPTCY COURT, 280 S. FIRST STREET, SAN JOSE, CA 95113

1

EXHIBIT D TO MOTION FOR RELIEF FROM STAY

PACISLATINO VILLACES, LLC, ET AL RECEIVERSHIP ACCOUNT
ESTIMATED BANK BALANCE TO NOVEMBER 30, 2009
Prepared on November 25, 2009

| | | | |
|---|---|---|---:|
| ACCOUNT BALANCE AS OF OCTOBER 31, 2009 PER INTERIM REPORT | | | 428269.81 |
| RENTS AND CAM COLLECTED TO NOVEMBER 25, 2009 | | | 60781.80 |

CHECKS WRITTEN NOVEMBER 1-25, 2009

| CHECK NO. | PAYEE | DESCRIPTION | AMOUNT |
|---|---|---|---:|
| 1219 | SIMPLEX GRINNELL | SERVICE REQUESTED DUE TO FALSE ALARMS | 875.00 |
| 1220 | SIMPLEX GRINNELL | REWIRED AND TESTED WATEFLOW & TEMPER SWITCH | 959.00 |
| 1221 | Y-SWEEP, LLC | OCTOBER SERVICE | 1860.00 |
| 1222 | ALLIED WASTE SERVICES | NOVEMBER GARBAGE & RECYCLING | 2562.12 |
| 1223 | PG&E | 2 ACCOUNTS, FOR 40450 & 40495 ALBRAE | 806.13 |
| 1224 | THE HOME DEPOT | MAINTENANCE SUPPLIES | 283.73 |
| 1225 | PG&E | GAS & ELECTRIC FOR 40505-C ALBRAE | 4814.48 |
| 1226 | PG&E | ELECTRIC- 40500 ALBRAE | 2158.46 |
| 1227 | PG&E | ELECTRIC- 40450 ALBRAE | 584.92 |
| 1228 | SIMPLEX GRINNELL | 5 YEAR CERTIFICATION FOR 40480 ALBRAE | 1650.00 |
| 1229 | ALAMEDA CO. WATER DISTRICT | SEPT. 9- NOVEMBER 6 WATER USAGE- 3 ACCOUNTS | 1019.53 |
| 1230 | ALAMEDA CO. WATER DISTRICT | SEPT. 9- NOVEMBER 6 WATER USAGE- 3 ACCOUNTS | 2017.80 |
| 1231 | CHASE CARD SERVICES | MAINTENANCE SUPPLIES | 154.73 |
| 1232 | TRAVELERS | INSURANCE INSTALLMENT | 2611.10 |
| 1233 | MARY HOOPES | OCTOBER RECEIVER FEES & COST REIMBURSEMENTS | 4896.47 |
| | | | -27253.47 |

ACCOUNT BALANCE AS OF NOVEMBER 25, 2009 (BEFORE ANY BANK SERVICE CHARGES)     461798.14

ESTIMATED BILLS TO PAY:

| | | |
|---|---|---:|
| Y-SWEEP, LLC | NOVEMBER SERVICE | 2100.00 |
| ALLIED WASTE SERVICES | CLOSING BILL | 1100.00 |
| MARY HOOPES, RECEIVER | NOVEMBER RECEIVER FEES & COST REIMBURSEMENTS | 5500.00 |
| MARY HOOPES, RECEIVER | FINAL ACCOUNTING & COST REIMBURSEMENTS | 4000.00 |
| BAY COUNTIES REAL ESTATE, INC. | ESTIMATED LEASING COMMISSION- PAYLESS FURNITURE | 16600.00 |
| PG&E BILLS- 11/2- 11/30/09 AND TO CLOSING BILLS | ACCOUNT NOS. | |
| | 7329806454-1 FOR 40500 ALBRAE ST- electric | 3000.00 |
| | 0172169955-9 FOR 40505-C ALBRAE ST. (include gas & electric) | 6500.00 |
| | 3592030186-4 FOR 40450 ALBRAE ST.-electric | 1200.00 |
| | 3564014227-5 FOR 40495 ALBRAE-electric | 3200.00 |
| ALMEDA COUNTY WATER DISTRICT | 6 ACCOUNTS- 11/7-11/30/09 AND CLOSING BILLS | 2200.00 |
| AT&T | BUILDING ALARM TELEPHONE LINES | 250.00 |
| TRAVELERS | INSURANCE INSTALLMENT | 2611.10 |
| FEDERAL EXPRESS | DOCUMENTS SENT TO B/A TO OPEN INTEREST EARNING ACCOUNT | 40.00 |
| FIRST ALARM | RECURRING BILL-ALARM JULY- NOVEMBER | 202.40 |
| R.C. MAINTENANCE | INVOICE NO. 23- patched cracks on roof of 40510 & 40530 | 325.00 |
| R.C. MAINTENANCE | INVOICE NO. 24- purchased and replaced ceilibng tiles in 40470 | 700.00 |
| R.C. MAINTENANCE | INVOICE NO. 26-changed timers on exterior lights/replaced light bulbs | 225.00 |
| R.C. MAINTENANCE | INVOICE NO. 27-replaced exterior lights 40510 & 40480 Albrae | 325.00 |
| THE HOME DEPOT | MAINTENANCE SUPPLIES- 2 INVOICES | 304.67 |
| MISCELLANEOUS | | 2500.00 |
| | | -52883.17 |

**ESTIMATED CASH BALANCE THROUGH NOVEMBER 30, 2009**     | 408914.97 |

Note: The above estimate does not include any emergency repairs that may come up due to unforseen events or acts of nature.

There is still a balance of $15666.00 due on the insurance to pay through September 2, 2010.