```
 1  Bruce Cornelius, of counsel - Bar #065525
    Michael Mandell - Bar #209486
 2  **BELZER, HULCHIY & MURRAY**
    3650 Mt. Diablo Boulevard, Suite 130
 3  Lafayette, California 94549
    Telephone: 925-283-9977
 4  Facsimile: 925-283-5192

 5  Attorneys for Movant / Secured Creditor
    JPMorgan Chase Bank, N.A.
 6
 7
 8              UNITED STATES BANKRUPTCY COURT
 9       NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION
10
```

| | |
|---|---|
| 11  In re: | **Bk No. 09-56552 RLE** |
| 12  Pacislatino Villages, LLC, | R.S. No. MDM-003 |
| 13        Debtor, | **Chapter 11** |
| 14  | |
| 15  JPMorgan Chase Bank, N.A., as purchaser | Date: 12/16/09 |
| 16  of loan no. 625030431, and certain other assets of Washington Mutual Bank, | Time: 10:30 a.m. |
| 17  formerly known as Washington Mutual Bank, FA, from Federal Deposit Insurance | Courtroom: 3099 |
| 18  Corporation acting as receiver, | |
| 19        Movant, | |
| 20     v. | |
| 21  Pacislatino Villages, LLC, | |
| 22        Respondent. | |

```
23
24           EXHIBIT F TO MOTION FOR RELIEF FROM STAY
25                       DATE: 12/16/09
                         TIME: 10:30 AM
26                     COURTROOM 3099
    UNITED STATES BANKRUPTCY COURT, 280 S. FIRST STREET, SAN JOSE, CA 95113
27
28
                                 1
```

B6A (Official Form 6A) (12/07)

In re **Pacislatino Villages, LLC** , Case No. _____
                       Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **40460-40530 Albrae Street**<br>**Commercial Shopping Mall** | | - | **18,266,752.00** | **19,215,268.97** |

| | Sub-Total > | **18,266,752.00** | (Total of this page) |
|---|---|---|---|
| | Total > | **18,266,752.00** | |

___0___ continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy