# INVESTMENT TERM SHEET

Pacislatino, LLC and Vietnam High Technology Development Investment Joint Stock Company hereby agree to the following:

1. Investor: Vietnam High Technology Development Investment Joint Stock Company;
2. Investor plans to purchase a ninety percent (90.0%) equity share of Pacislatino Villages, LLC for the sum of $3,000,000.00 USD. The funds will wire in the following time table:
   a. April 1, 2010 - $2,000,000 to be wired directly to JPMorgan on behalf of Pacislatino Villages, LLC;
   b. April 9, 2010 - $450,000 to be wired to Pacislatino Villages, LLC; and
   c. May 2010 – The balance of the funds ($550,000) will be wired to Pacislatino Villages, LLC
3. Interest rate reduced to be 5.0% per annum;
4. The term of the loan to be extended through 2010 with an additional option to extend through 2019; and
5. Interest only payments on the outstanding principal for 5 years through the extended term of 2014, based on a 30-year amortization, with balloon payment at the end of the term.

_____        12/14/09
Date                                                                  Date

_____        *[signature]*
Investor                                                           Pacislatino Villages, LLC

_____        Thomas Nguyen
By                                                                    By