CHRIS D. KUHNER, ESQ. (Bar No. 173291)
KORNFIELD, NYBERG, BENDES & KUHNER, P.C.
1999 Harrison Street, Suite 2675
Oakland, California 94612
Telephone: (510) 763-1000
Facsimile: (510) 273-8669

Attorneys for Pacislatino Villages, LLC, Debtor

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>**PACISLATINO VILLAGES, LLC,**<br><br>                        Debtor. | Case No. 09-56552<br><br>Chapter 11<br><br>**CONTINUED STATUS CONFERENCE STATEMENT**<br><br>Date: May 13, 2010<br>Time: 02:00 p.m.<br>Ctrm: 3099<br>U.S. Bankruptcy Court,<br>280 South First Street<br>San Jose, California |

      The debtor and debtor-in-possession Pacislatino Villages, LLC ("Debtor") hereby submits this continued Status Conference Statement as follows:

      At the previous Status Conference Statement of March 11, 2010, this Court continued the Status Conference to May 13, 2010 at 2:00 p.m. The Debtor indicated that it was unlikely to be able to file a plan to be approved by April 15, 2010. Nothing has changed in this regard and as the docket reflects there has been no plan or disclosure statement filed, let alone approved in this bankruptcy case.

      The Debtor understands that the bank has continued its foreclosure sale to the middle of May, 2010.

      The Debtor requests that this Status Conference be taken off calendar and set a further date

Continued Status Conference Statement -1-

in the end of June, 2010 at which time the Court may consider any request to dismiss or convert this Chapter 11 bankruptcy.

Dated: May 7, 2010                    Kornfield, Nyberg, Bendes & Kuhner, P.C.


By: Chris D. Kuhner /s/
    (Bar No. 173291)
    Attorneys for Debtor

Kornfield, Nyberg, Bendes & Kuhner, P.C.
1999 Harrison Street, Suite 2675
Oakland, California 94612
(510) 763-1000
FAX: (510) 273-8669

# DECLARATION OF SERVICE

I, the undersigned, declare:

I am employed in the City of Oakland, County of Alameda, California. I am over the age of 18 years and not a party to this action. My business address is 1999 Harrison Street, Suite 2675, Oakland, California 94612.

I am readily familiar with the business practices of my employer, Kornfield, Nyberg, Bendes & Kuhner, P.C., for the collection and processing of correspondence for mailing with the United States Postal Service and that correspondence is deposited with the United States Postal Service that same day in the ordinary course of business.

On May 7, 2010, I served the following documents:

CONTINUED STATUS CONFERENCE STATEMENT

by placing copies of said documents in a sealed envelope and served in the manner described below addressed as follows:

John S. Wesolowski
Office of the United States Trustee
280 S 1st St. #268
San Jose, CA 95113-0002

I placed such envelopes for collection and mailing at my employer's office following ordinary business practices, addressed to the addressee designated.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 7th day of May, 2010 at Oakland, California.

                                                         Jessica Mangaccat /s/

Kornfield, Nyberg, Bendes & Kuhner, P.C.
1999 Harrison Street, Suite 2675
Oakland, California 94612
(510) 763-1000
FAX: (510) 273-8669