**The following constitutes**
**the order of the court. Signed May 18, 2010**

_____
Roger L. Efremsky
U.S. Bankruptcy Judge

1    EDWINA E. DOWELL, # 149059
     Assistant U.S. Trustee
2    NANETTE DUMAS, #148261
     JOHN S. WESOLOWSKI, # 127007
3    EMILY S. KELLER, # 264983
     United States Department of Justice
4    Office of the United States Trustee
     280 S. First Street, Suite 268
5    San Jose, CA 95113-0002
     Telephone:   (408) 535-5525
6    Fax:         (408) 535-5532

7    Attorneys for Sara L. Kistler
     Acting United States Trustee for Region 17

8

9                    **UNITED STATES BANKRUPTCY COURT**

                     **NORTHERN DISTRICT OF CALIFORNIA**

10

11   In re:                                  Case No. 09-56552 RLE

12   PACISLATINO VILLAGES, LLC,              Chapter 11

13
                                             Date: May 13, 2010
14              Debtor.                       Time: 2:00 p.m.
                                             Courtroom: 3099
15

16          **ORDER DISMISSING CHAPTER 11 CASE (_effective June 11, 2010_)**

17          The Court held a continued status conference in this case on May 13, 2010.

18   Appearances were made as stated on the record.  Based on the record before the

19   Court, and good cause appearing,

20          IT IS HEREBY ORDERED that:

21          For the reasons stated on the record, this case is dismissed, effective June 11,

22   2010, subject to the Debtor's right to convert to chapter 7 prior to that date.

23

24                          **** END 0F ORDER ****

25

26

27

28

COURT MAILING LIST

Thomas Nguyen
Pacislatino Villages, LLC
428 South Main Street
Milpitas, CA 95035

Chris D. Kuhner
Kornfield, Nyberg, Bendes and Kuhner
1999 Harrison St. #2675
Oakland, CA 94612

Office of the United States Trustee
280 S 1st St. #268
San Jose, CA 95113-0002