CHRIS D. KUHNER, ESQ. (Bar No. 173291)
KORNFIELD, NYBERG, BENDES & KUHNER, P.C.
1999 Harrison Street, Suite 2675
Oakland, California 94612
Telephone: (510) 763-1000
Facsimile: (510) 273-8669

Attorneys for Pacislatino Villages, LLC, Debtor

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>**PACISLATINO VILLAGES, LLC,**<br><br>　　　　　　　　　　　Debtor. | Case No. 09-56552<br><br>Chapter 11<br><br>**DECLARATION OF CHRIS D. KUHNER IN SUPPORT OF ORDER SHORTENING TIME TO HEAR APPLICATION FOR ORDER EXTENDING EFFECTIVE DATE OF ORDER DISMISSING CHAPTER 11 CASE** |
| | Date: TBD<br>Time: TBD<br>Ctrm: 3099<br>U.S. Bankruptcy Court,<br>280 South First Street<br>San Jose, California |

I, Chris D. Kuhner, declare as follows:

1. I am an attorney at law duly admitted to practice before this court and I am a shareholder in the law firm of Kornfield, Nyberg, Bendes & Kuhner, P.C., attorneys of record for the Debtor Pacislatino Villages, LLC

2. I know the following of my own personal knowledge and could and would testify competently thereto if called upon to do so.

3. On May 18, 2010, this Court entered a Dismissal Order which dismissed this Chapter 11 bankruptcy case effective June 11, 2010. The Court order was subject to the Debtor's right to

Declaration of Chris D. Kuhner in Support of Application for Order Shortening Time　　-1-

convert to Chapter 7 prior to that date.

4. Prior to the sale of the loan from Chase to Quince, LLC, Kornfield, Nyberg, Bendes & Kuhner, P.C. ("KNBK") was to be paid from any proceeds subject to the $50,000 carve out once the case is dismissed. However, once Chase sold the loan to Quince, I was unable to obtain written confirmation that Quince would authorize the payment of the money pursuant to the carve out provision once the case was dismissed.

5. Attached hereto as Exhibit "A" are copies of emails I sent to Tu Nguyen of Quince Capital on June 8, 2010 asking Mr. Nguyen if he opposes this application and two (2) emails from John Wesolowski, from the Office of the U.S. Trustee dated June 8, 2010 requesting the same. Mr. Wesolowski responded indicating that he did not oppose the application for shortening time or extending the order.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed this 8th day of June, 2010 at Oakland, California.

/s/ Chris D. Kuhner

Declaration of Chris D. Kuhner in Support of Application for Order Shortening Time -2-

Kornfield, Nyberg, Bendes & Kuhner, P.C.
1999 Harrison Street, Suite 2675
Oakland, California 94612
(510) 763-1000
FAX: (510) 273-8669