# EXHIBIT A

# Chris Kuhner

**From:** Chris Kuhner
**Sent:** Tuesday, June 08, 2010 10:33 AM
**To:** 'Tu Nguyen'
**Cc:** 'Thomas Nguyen'
**Subject:** Pacislatino

Since Quince has failed to execute the authorization for Ms. Hoopes to pay our outstanding bill, my firm and the debtorswill be requesting a hearing on shorten time this week to request the effectiveness of the dismissal order be extended 60 days to allow my firm to file a fee application. Please let me know if you oppose having the hearing on shortened time and what days you are not available.

Chris Kuhner

# Chris Kuhner

**From:** Chris Kuhner
**Sent:** Tuesday, June 08, 2010 10:59 AM
**To:** 'Wesolowski, John (USTP)'
**Subject:** FW: Pacislatino

John-see below, do you have any objection to extending the effective date of the dismissal order to allow my firm to file a fee application to be paid from the carve out? And do you have any opposition to having the matter heard on shortened time?

Chris Kuhner

**From:** Chris Kuhner
**Sent:** Tuesday, June 08, 2010 10:33 AM
**To:** 'Tu Nguyen'
**Cc:** 'Thomas Nguyen'
**Subject:** Pacislatino

Since Quince has failed to execute the authorization for Ms. Hoopes to pay our outstanding bill, my firm and the debtorswill be requesting a hearing on shorten time this week to request the effectiveness of the dismissal order be extended 60 days to allow my firm to file a fee application. Please let me know if you oppose having the hearing on shortened time and what days you are not available.

Chris Kuhner

# Chris Kuhner

**From:** Wesolowski, John (USTP) [John.Wesolowski@usdoj.gov]
**Sent:** Tuesday, June 08, 2010 12:12 PM
**To:** Chris Kuhner
**Cc:** Muir, Karen (USTP)
**Subject:** RE: Pacislatino

I guess I don't have an objection. But please be sure you keep up the MOR filings and Q fee payments. jsw

---

**From:** Chris Kuhner [mailto:c.kuhner@kornfieldlaw.com]
**Sent:** Tuesday, June 08, 2010 10:59 AM
**To:** Wesolowski, John (USTP)
**Subject:** FW: Pacislatino

John-see below, do you have any objection to extending the effective date of the dismissal order to allow my firm to file a fee application to be paid from the carve out? And do you have any opposition to having the matter heard on shortened time?

Chris Kuhner

**From:** Chris Kuhner
**Sent:** Tuesday, June 08, 2010 10:33 AM
**To:** 'Tu Nguyen'
**Cc:** 'Thomas Nguyen'
**Subject:** Pacislatino

Since Quince has failed to execute the authorization for Ms. Hoopes to pay our outstanding bill, my firm and the debtorswill be requesting a hearing on shorten time this week to request the effectiveness of the dismissal order be extended 60 days to allow my firm to file a fee application. Please let me know if you oppose having the hearing on shortened time and what days you are not available.

Chris Kuhner

KORNFIELD, NYBERG, BENDES & KUHNER P.C.
1999 Harrison St., Suite 2675
Oakland, CA 94612
Phone: (510) 763-1000
Fax: (510) 273-8669

🌳 **Please consider the environment - Think before you print**
* * * * * * * * * * * * * * * * * * * * * * * * * *
The foregoing name, telephone, telecopy and email information is provided to the recipient for informational purposes only and is not intended to be the signature of the sender for purposes of binding the sender or Kornfield, Nyberg, Bendes & Kuhner P.C., or any client of the sender or the firm, to any contract or agreement under the Uniform Electronic Transactions Act or any similar law.

PRIVILEGE & CONFIDENTIALITY NOTICE
The information in this electronic mail is intended for the named recipients only. It may contain privileged and confidential matter. If you have received this electronic mail in error, please notify the sender immediately by replying to this electronic e-mail or by calling (510) 763-1000. Do not disclose the contents to anyone. Thank you.

* * * * * * * * * * * * * * * * * * * * * * * * * *

