CHRIS D. KUHNER, ESQ. (Bar No. 173291)
KORNFIELD, NYBERG, BENDES & KUHNER, P.C.
1999 Harrison Street, Suite 2675
Oakland, California 94612
Telephone: (510) 763-1000
Facsimile: (510) 273-8669

Attorneys for Pacislatino Villages, LLC, Debtor

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>**PACISLATINO VILLAGES, LLC,**<br><br>                     Debtor. | Case No. 09-56552<br><br>Chapter 11<br><br>**APPLICATION FOR ORDER EXTENDING EFFECTIVE DATE OF ORDER DISMISSING CHAPTER 11 CASE**<br><br>Date: TBD<br>Time: TBD<br>Ctrm: 3099<br>U.S. Bankruptcy Court,<br>280 South First Street<br>San Jose, California |

      Pacislatino Villages, LLC ("Debtor") and Kornfield, Nyberg, Bendes & Kuhner, P.C. ("KNBK") hereby apply to this Court for an order extending the effective date which is currently June 11, 2010 of the Order Dismissing Chapter 11 Case ("Dismissal Order") as follows:

      Upon May 18, 2010, this Court entered the Dismissal Order which dismissed this Chapter 11 bankruptcy case effective June 11, 2010. The Court order was subject to the Debtor's right to convert to Chapter 7 prior to that date.

      On October 29, 2009, this Court entered an Order Granting Motion for Approval of Cash Collateral Stipulation and to Allow Custodian to Remain in Possession ("Cash Collateral Order"). A true and correct copy of the Cash Collateral Order is attached to the Request for Judicial Notice ("RJN") filed herewith.

Application for Order Extending Effective Date of Order    -1-

The Cash Collateral Order, which was signed off by counsel for the secured creditor at the time, JPMorgan Chase Bank, N.A. ("Chase"), provides, among other things as follows:

1. There shall be a $50,000 "carve out" in the replacement lien and any super priority claim being granted to Chase pursuant to the Stipulation regarding Cash Collateral, Adequate Protection and to Allow Custodian to Remain in Possession ("Stipulation"), which is attached as Exhibit A to the motion, <u>to pay any Chapter 11 or Chapter 7 Trustee and professional (emphasis added).</u>

Subsequent to the Court entering a Dismissal Order, Chase sold the loan to Quince Capital, LLC ("Quince"). Prior to the sale of the loan from Chase to Quince, the counsel for the Debtor, KNBK was to be paid from any proceeds subject to the $50,000 carve out after the case is dismissed. However, once Chase sold the loan to Quince, KNBK was unable to obtain written confirmation that Quince would authorize the payment to KNBK pursuant to the carve out provision.

At this time, the state court receiver, Mary Hoopes ("Hoopes"), is holding $50,000 pursuant to the carve out provision in the Cash Collateral Order. Since Quince will not agree to authorize Hoopes to pay KNBK the balance of fees and costs incurred (at the time of the filing of this application, which is approximately $22,000 KNBK will now file a fee application in this case). If this case is dismissed, the effectiveness of the Cash Collateral Order may be disputed and prevent KNBK from being paid its fees and costs owed.

**WHEREFORE**, the Debtor and KNBK hereby request the Court enter an order extending the effective date of the dismissal order for sixty (60) days to allow KNBK to file its application for compensation and request an order directing Hoopes pay any awarded fees and costs owed to KNBK from the carve out proceeds.

Dated: June 8, 2010            Kornfield, Nyberg, Bendes & Kuhner, P.C.

By: <u>Chris D. Kuhner /s/</u>
    (Bar No. 173291)
    Attorneys for Debtor

Kornfield, Nyberg, Bendes & Kuhner, P.C.
1999 Harrison Street, Suite 2675
Oakland, California 94612
(510) 763-1000
FAX: (510) 273-8669

# DECLARATION OF SERVICE

I, the undersigned, declare:

I am employed in the City of Oakland, County of Alameda, California. I am over the age of 18 years and not a party to this action. My business address is 1999 Harrison Street, Suite 2675, Oakland, California 94612.

I am readily familiar with the business practices of my employer, Kornfield, Nyberg, Bendes & Kuhner, P.C., for the collection and processing of correspondence for mailing with the United States Postal Service and that correspondence is deposited with the United States Postal Service that same day in the ordinary course of business.

On June 8, 2010, I served the following documents:

**APPLICATION FOR ORDER EXTENDING EFFECTIVE DATE OF ORDER DISMISSING CHAPTER 11 CASE;**

**DECLARATION OF CHRIS D. KUHNER IN SUPPORT OF APPLICATION FOR ORDER EXTENDING EFFECTIVE DATE OF ORDER DISMISSING CHAPTER 11 CASE;**

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF APPLICATION FOR ORDER EXTENDING EFFECTIVE DATE OF ORDER DISMISSING CHAPTER 11 CASE;**

by placing copies of said documents in a sealed envelope and served in the manner described below addressed as follows:

| | |
|---|---|
| John S. Wesolowski<br>Office of the United States Trustee<br>280 S 1st St. #268<br>San Jose, CA 95113-0002<br>(Via Regular Mail) | Tu Nguyen<br>673 Quince Lane<br>Milpitas, CA 95035<br>nguyentule@aol.com<br>(Via Email) |

✓ By Mail: I caused such envelope to be deposited in the mail at Oakland, California with postage thereon fully prepaid in the designated area for outgoing mail in accordance with this office's practice, whereby mail is deposited in a U.S. mailbox in Alameda County at the close of the business day.

____ By Facsimile: I caused a copy of the above named documents to be transmitted via-facsimile to the facsimile number of the offices of the addressee(s) as indicated above.

____ By Overnight Delivery: I caused such envelope to be transmitted by a overnight delivery service (i.e., Federal Express, UPS) to the offices of the addresses(s).

____ By Personal Service: I caused such envelope to be hand delivered to the offices of the addressee(s) as indicated above.

Application for Order Extending Effective Date of Order -3-

✓ By Email: By emailing said document to the persons listed above, to their email addresses also listed above, in Adobe Acrobat, Word, or WordPerfect.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 8th day of June, 2010 at Oakland, California.

Jessica Mangaccat /s/

Kornfield, Nyberg, Bendes & Kuhner, P.C.
1999 Harrison Street, Suite 2675
Oakland, California 94612
(510) 763-1000
FAX: (510) 273-8669