Entered on Docket
June 14, 2010
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

The following constitutes
the order of the court. Signed June 11, 2010

_____
Roger L. Efremsky
U.S. Bankruptcy Judge

CHRIS D. KUHNER, ESQ.
(Bar No. 173291)
**KORNFIELD, NYBERG,
BENDES & KUHNER, P.C.**
1999 Harrison Street, Suite 2675
Oakland, California 94612
Telephone: (510) 763-1000
Facsimile: (510) 273-8669

Attorneys for Debtor
PACISLATINO VILLAGES, LLC

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>PACISLATINO VILLAGES, LLC,<br><br>　　　　　　　　　　Debtor. | Case No. 09-56552<br><br>Chapter 11<br><br>**ORDER GRANTING APPLICATION FOR ORDER EXTENDING EFFECTIVE DATE OF ORDER DISMISSING CHAPTER 11 CASE** |
| | Date:　June 11, 2010<br>Time:　1:00 p.m.<br>Ctrm:　3099<br>　　　　U.S. Bankruptcy Court<br>　　　　280 S First Street<br>　　　　San Jose, California |

The Court, having considered Debtor Pacislatino Villages, LLC's Application For Order Extending Effective Date of Order Dismissing Chapter 11 Case ("Application"), and good cause appearing therefor;

**IT IS HEREBY ORDERED** that the Application is granted and the effective date of the order dismissing the chapter 11 case shall be August 10, 2010.

***END OF ORDER***

Order Granting Application for Order Extending Dismissal Date　　-1-

| | |
|---|---|
| 1 | COURT SERVICE LIST |
| 2 | U.S. Trustee |
| 3 | U.S. Federal Building<br>280 S. First Street, #268 |
| 4 | San Jose, CA 95113-3004 |
| 5 | Chris D. Kuhner, Esq. |
| | Kornfield, Nyberg, Bendes & Kuhner, P.C. |
| 6 | 1999 Harrison Street, Suite 2675 |
| 7 | Oakland, CA 94612 |
| 8 | Bruce Cornelius, Esq.<br>Belzer, Hulchiy & Murray |
| 9 | 3650 Mt. Diablo Blvd., Suite 130<br>Lafayette, CA 94549 |
| 10 | |
| 11 | John Wesolowski<br>Chapter 7 Trustee |
| 12 | 280 S First Street, Suite 268<br>San Jose, CA 95113-0002 |
| 13 | |
| 14 | Gregory L. Charles<br>Campeau Goodsell Smith |
| 15 | 440 North First Street, Suite 100<br>San Jose, CA 95112 |

Order Granting Application for Order Extending Dismissal Date                     -2-

Kornfield, Nyberg, Bendes & Kuhner, P.C.
1999 Harrison Street, Suite 2675
Oakland, California 94612
(510) 763-1000
FAX: (510) 273-8669

Case: 09-56552    Doc# 58    Filed: 06/11/10    Entered: 06/14/10 08:28:02    Page 2 of 2